**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| | ) |
| **V.** | ) **CR. NO. 07-00184-CG** |
| | ) |
| **RONALD BENJAMIN SMITH,** | ) |
| | ) |
|   Defendant. | ) |

**ORDER**

This matter came on for a hearing on the defendant's motion to withdraw guilty plea, for leave of counsel to withdraw, and to appoint new counsel (Doc. 43). For the reasons as set forth on the record, the defendant's motion to withdraw guilty plea is **DENIED**, and the motion for leave of counsel to withdraw and to appoint new counsel is **GRANTED**.

CJA counsel, Greg Hughes, is appointed to represent the defendant for purposes of appeal.

The United States Marshal is **ORDERED** to make arrangements to retain the defendant at the Baldwin County Jail until new counsel has had the opportunity to confer with his client and former counsel.

**DONE and ORDERED** this 11th day of January, 2008.

                                /s/ Callie V. S. Granade
                                CHIEF UNITED STATES DISTRICT JUDGE