# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| RONALD BENJAMIN SMITH, #09921-003, | )<br>)<br>) |
| Petitioner, | )<br>) CRIMINAL NO. 07-00184-CG-B |
| vs. | ) CIVIL ACTION NO. 13-0342-CG-B<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 10, 2014 is adopted as the opinion of this Court. Accordingly, Petitioner's § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Docs. 72, 76, 78) is hereby **DENIED** as time-barred

**DONE and ORDERED** this 5th day of December, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE