# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| RONALD BENJAMIN SMITH, #09921-003, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | CRIMINAL NO. 07-00184-CG-B<br>CIVIL ACTION NO. 13-0342-CG-B |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Respondent, the United States of America, and against Petitioner, Ronald Benjamin Smith. The court further finds that Smith is not entitled to the issuance of a Certificate of Appealability and, therefore, is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 5th day of December, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE